THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LINCOLN L. STEVENSON, Appellant.

Submitted February 28, 1941; decided April 17, 1941.

*Harry L. Marcus, Albert H. Treiman* and *Moe Levy* for appellant.

*John J. Bennett, Jr., Attorney-General (Bernard Bienstock* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. RIPPEY, J., dissents and votes to dismiss the information.